**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

*ROBERT FRAZER*
*United States Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
*andrew.keenan@usdoj.gov*

*main: (973) 645-2700*
*direct:(973) 645-2725*

*Andrew Keenan*
*Assistant United States Attorney*

September 14, 2026

BY ECF
Honorable Robert Kirsch, U.S.D.J.
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

**Re: *Ayala Benitez v. Soto, et al.*, No. 26-11128 (RK)**
**Petitioner's Release**

Dear Judge Kirsch:

This Office represents Respondents in this habeas action. We respectfully write to update the Court that, according to ICE, Petitioner was released from custody on or about September 9, 2026, under bond in the amount of $7,500. *See* Ex. A (Notice of Custody Determination). We therefore respectfully request that Your Honor close this case.

We thank the Court for its attention to this matter.

**SO ORDERED**

**Robert Kirsch, U.S.D.J.**
**Date:** 9/14/26

Respectfully submitted,

ROBERT FRAZER
United States Attorney

By: *s/ Andrew Keenan*
ANDREW KEENAN
Assistant United States Attorney
*Attorneys for Respondents*

cc: Counsel of Record (by ECF)